Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
08 JUL 29 PM 4: 16
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

PINNACLE FITNESS AND RECREATION MANAGEMENT, LLC, a Delaware limited liability company

Plaintiff

vs

THE JERRY AND VICKIE MOYES FAMILY TRUST, an Arizona trust, DEER VALLEY CAPITAL, LLC, an Alaska limited liability company, and CAREFREE CAPITAL INVESTMENTS, LLC, a Nevada limited liability company

Defendants

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1368 W POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael L. Kirby, SBN 50895
Kirby Noonan Lance & Hoge, LLP
350 Tenth Avenue, 13th Floor
San Diego, CA 92101-8700
Telephone: (619) 231-8666  Fax: (619) 231-9593

An answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 2 9 2008
DATE

By  LOYD , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S