| Attorney or Party without Attorney:<br>MOHR HACKETT PEDERSON BLAKLEY & RANDOLPH<br>2800 N. CENTRAL AVE<br>SUITE 1100<br>PHOENIX, AZ 85004<br>Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>110-032 CA CASE | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | | | |
| Plaintiff: PINNACLE FITNESS AND RECREATION MANAGEMENT, LLC | | | | |
| Defendant: THE JERRY AND VICKIE MOYES FAMILY TRUST, et. al., | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 1368 W POR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served: CAREFREE CAPITAL INVESTMENT, LLC
   b. Person served: JAY M. ALLEN; AS STATUTORY AGENT

4. Address where the party was served: 48 N. MCDONALD
   MESA, AZ 85201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 31, 2008 (2) at: 3:11PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. TERENCE STEINLE
   b. FIRST LEGAL SUPPORT SERVICES
   2601 N. 3RD STREET
   SUITE 108
   PHOENIX, AZ 85004
   c.

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $102.78
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Aug. 01, 2008

   *(TERENCE STEINLE)*

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

302710.26144.151178