| Attorney or Party without Attorney: <br> MOHR HACKETT PEDERSON BLAKLEY & RANDOLPH <br> 2800 N. CENTRAL AVE <br> SUITE 1100 <br> PHOENIX, AZ 85004 <br> Telephone No: | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> 110-032 CA CASE | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Southern District Of California | | |
| Plaintiff: PINNACLE FITNESS AND RECREATION MANAGEMENT, LLC | | |
| Defendant: THE JERRY AND VICKIE MOYES FAMILY TRUST, et. al., | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08 CV 1368 W POR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served:   THE JERRY AND VICKIE MOYES FAMILY TRUST
   b. Person served:  JEFF SHUMWAY; STATED HE WAS COUNSEL AND IS AUTHORIZED TO ACCEPT SERVICE FOR THE JERRY AND VICKIE MOYES FAMILY TRUST, APPROX 50 YRS OF AGE, WHITE MALE, 6'2", 220 LBS, BROWN HAIR

4. Address where the party was served:   2200 S. 75TH AVE
   PHOENIX, AZ 85043

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Aug. 04, 2008 (2) at: 10:29AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRYAN BLAIR                                                                              d. *The Fee for Service was:*   $132.58
   b. **FIRST LEGAL SUPPORT SERVICES**                                       e. I am: Not a Registered California Process Server
   2601 N. 3RD STREET
   PHOENIX, AZ 85004
   c.

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Aug. 07, 2008

   Judicial Council Form POS-010                     PROOF OF SERVICE                    (BRYAN BLAIR)
   Rule 2.150.(a)&(b) Rev January 1, 2007                   SUMMONS                                                           3027l1.26144.153007