# PROOF OF SERVICE

<u>Pinnacle Fitness v. The Jerry and Vickie Moyes Family Trust, et al.</u>
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Case No. 08 CV 1368 W POR

    I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700.

    On July 30, 2008, at San Diego, California, I served the following document(s) described as **SUMMONS IN A CIVIL ACTION; COMPLAINT, JURY DEMAND** on the parties in said action as follows:

| | |
|---|---|
| Corporation Service Company<br>9360 Glacier Hwy, #202<br>Juneau, AK 99801 | Registered agent for Deer Valley Capital, LLC |

[X] **BY FEDEX:** I am readily familiar with our business practice for collecting, processing, and mailing correspondence and pleadings with our overnight express service carrier FedEx. Such correspondence and pleadings are deposited in a box or other facility regularly maintained by FedEx or delivered to a courier or driver authorized by FedEx to receive documents, in an envelope or package designated by FedEx which indicates that overnight delivery is demanded with delivery fees paid or provided for, and addressed to the person(s) served hereunder. (C.C.P. § 1013(c))

[X] **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 30, 2008, at San Diego, California.

_____
Stacy L Ratti